# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: SAMIRE LAKNA
4698 TURNER STREET
ROCKFORD, IL  61107

SSN-xxx-xx-5796

Case Number: 07-72617

Case filed on:  10/26/2007
Plan Confirmed on:  1/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,516.46          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,251.07 | 0.00 |
| | Total Legal | 3,000.00 | 3,000.00 | 1,251.07 | 0.00 |
| | | | | | |
| 999 | SAMIRE LAKNA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | AMCORE BANK NA | 17,113.03 | 16,929.00 | 816.21 | 1,187.44 |
| | Total Secured | 17,113.03 | 16,929.00 | 816.21 | 1,187.44 |
| | | | | | |
| 001 | AMCORE BANK NA | 0.00 | 184.03 | 0.00 | 0.00 |
| 002 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAS RECOVERY NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BUREAU OF COLLECTION RECOVERY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DENNIS BREBNER & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DENTAL GROUP OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 446.86 | 446.86 | 0.00 | 0.00 |
| 012 | MONCO SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 337.84 | 337.84 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ROCKFORD MERCANTILE AGENCY INC | 6,820.55 | 6,820.55 | 0.00 | 0.00 |
| 016 | SECURITY FINANCE | 335.00 | 335.00 | 0.00 | 0.00 |
| 017 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SWEDISH AMERICAN HOSPITAL | 118.00 | 118.00 | 0.00 | 0.00 |
| 019 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | TRS RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | U.S. FAST CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | VERIZON WIRELESS | 625.28 | 625.28 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY HEALTH DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RAMANDAN LAKNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | NATIONAL CITY BANK | 365.65 | 365.65 | 0.00 | 0.00 |
| | Total Unsecured | 9,049.18 | 9,233.21 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 29,162.21 | 29,162.21 | 2,067.28 | 1,187.44 |

Total Paid Claimant:     $3,254.72
Trustee Allowance:        $261.74
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan